TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00414-CR






Myron Bishop Head, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 09-1170-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant's counsel has filed his third motion for extension of time to file appellant's
brief. We grant the motion and ORDER counsel to file appellant's brief no later than June 13, 2011.
No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing
before the district court will be ordered. See Tex. R. App. P. 38.8(b).

 It is ordered May 19, 2011.



Before Justices Puryear, Pemberton and Rose

Do Not Publish